# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**DATE 5/15/2018**
**ACCELERATED**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/15/2018 3:42:09 PM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT THE COURT OF APPEALS**

**TO:** **14TH COURT OF APPEALS**

**From:** **Deputy Clerk: SHEMEKA LEE**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE: 2018-27026**

**VOLUME _____ PAGE _____ OR IMAGE # 79835146**

**DUE 5/24/2018** **ATTORNEY 00784447**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE 14TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED: 5/7/2018**

**MOTION FOR NEW TRIAL DATE FILED NONE**

**FINDINGS OF FACT & CONCLUSIONS OF LAW FILED NONE**

**REQUEST TRANSCRIPT DATE FILED NONE**

**NOTICE OF APPEAL DATE FILED 5/14/2018**

**NUMBER OF DAYS: ( CLERKS RECORD ) 10**

**FILE ORDERED: YES ☐ NO ☐ IMAGED FILED: YES ☐ NO ☐**

**CODES FOR NOTICE OF APPEAL: D, OA**

**COURT REPORTER: Norma Duarte**

CHRIS DANIEL
Harris County, District Clerk

By: /s/ *Shemeka Lee*
**SHEMEKA LEE, Deputy**

**BC** NOTICE OF APPEAL FILED
**BG** NOTICE OF APPEAL FILED – GOVERNMENT
**C** JUDGMENT BEING APPEALED
**D** ACCELERATED APPEAL
**OA** NO CLERK'S RECORD REQUEST FILED
**O** CLERK'S RECORD REQUEST FILED (W/ NOTICE OF APPEAL)
**NA** AMENDED NOTICE OF APPEAL

5/14/2018 5:52 PM
Chris Daniel - District Clerk Harris County
Envelope No. 24587924
By: Duane Gilmore
Filed: 5/14/2018 5:52 PM

CAUSE NO. 2018-27026

| | | |
|---|---|---|
| GREEN MOUNTAIN ENERGY COMPANY; RELIANT ENERGY RETAIL SERVICES, LLC; US RETAILERS, LLC (d/b/a COMPASSION ENERGY; CIRRO ENERGY, AND PENNYWISE POWER); AND EVERYTHING ENERGY, LLC, Plaintiffs, | § | IN THE DISTRICT COURT OF |
| v. | § | 234TH JUDICIAL DISTRICT |
| 7 POINT GROUP, LLC AND EP DISTRIBUTORS, INC., Defendants. | § | HARRIS COUNTY, TEXAS |

**DEFENDANTS 7 POINT GROUP, LLC AND EP DISTRIBUTORS, INC.'S NOTICE OF ACCELERATED APPEAL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

1. Defendants, 7 Point Group, LLC and EP Distributors, Inc., desire to appeal from the Order granting Plaintiffs' request for a temporary injunction, signed May 7, 2018.

2. Plaintiff appeals to the First or Fourteenth Court of Appeals in Houston, Harris County, Texas.

3. The appeal of this case is accelerated under TEX. R. APP. P., Rules 28.1(a) and 26.1(b), because the appeal is from an interlocutory order granting a temporary injunction. TEX. CIV. PRAC. & REM. CODE § 51.014(a)(4). The deadline to file the notice of appeal is March 14, 2018.

Respectfully submitted,

**THE VETHAN LAW FIRM, P.C.**

By: /s/ *Joseph L. Lanza*
Charles M.R. Vethan
Texas Bar No. 00791852
Joseph L. Lanza
Texas Bar No. 00784447
Justen S. Barks
Texas Bar No. 24087142
3501 Allen Parkway
Houston, Texas 77019
Telephone (713) 526-2222
Telecopier (713) 526-2230
edocs@vwtexlaw.com

***Attorneys for Defendants, 7 Point Group LLC and EP Distributors, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May 2018, a true and correct copy of the foregoing document was served on the following in accordance with the Texas Rules of Civil Procedure.

Timothy C. Shelby
tshelby@azalaw.com
Adam Milasinic
amilasincis@azalaw.com
Patrick Yarborough
pyarborough@azalaw.com
Ahmad, Zavitsanos & Anaipakos, P.C.
1221 McKinney, Suite 2500
Houston, Texas 77010

***Via E-Service***

/s/ Joseph *L. Lanza*
Joseph L. Lanza

Cause No. 2018-27026

| | | |
|---|---|---|
| GREEN MOUNTAIN ENERGY COMPANY; RELIANT ENERGY RETAIL SERVICES, LLC; US RETAILERS LLC (d/b/a COMPASSION ENERGY, CIRRO ENERGY, and PENNYWISE POWER); and EVERYTHING ENERGY LLC, Plaintiffs, | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| 7 POINT GROUP, LLC; and E.P. DISTRIBUTORS, INC., Defendants. | § | 234th JUDICIAL DISTRICT |

FILED
Chris Daniel
District Clerk
MAY -7 2018
Time:
By
Harris County, Texas
Deputy

P.5
TINJX

## TEMPORARY INJUNCTION

Pending before the Court is the application for temporary injunction (1) by Plaintiffs Green Mountain Energy Company; Reliant Energy Retail Services, LLC; US Retailers LLC (d/b/a Compassion Energy, Cirro Energy, and Pennywise Power); and Everything Energy LLC (collectively, "Plaintiffs") (2) against Defendants 7 Point Group, LLC ("7PG") and E.P. Distributors, Inc. (a/k/a EPD, LLC) ("EPD") (collectively, "Defendants").

The Court finds that Plaintiffs have demonstrated a probable irreparable injury and a likelihood of success on the merits of their breach of contract and tortious interference claims against Defendants. The evidence presented shows that Defendants and their agents have already wrongfully sold, promoted, or marketed retail electricity products and services in Texas in violation of (1) 7PG's Marketing Services Agreement effective as of July 28, 2014 (the "Marketing Agreement") with Green Mountain and Reliant and (2) 7PG's Door-to-Door Customer Solicitation Agreement dated effective April 10, 2014 ("D2D Agreement") with Plaintiffs. ~~In fact, Defendants have continued to engage in these violations after the issuance of a Temporary Restraining Order,~~

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

~~and as recently as May 5, 20~~18. The evidence further shows that Marco A. Romero III and his agents established EPD as a vehicle to interfere with and purportedly circumvent the exclusivity requirements of the Marketing Agreement and the D2D agreement.

Additionally, the evidence shows that at least the following individuals are shareholders, partners, officers, directors, employees, or agents of 7PG: EPD, Marco A. Romero III, Alvin Y. Romero, Gerardo Espronceda, Enrique A. Jimenez, Blanca Chapa, Jose Rios, and Manuel Torres.

The evidence shows that, unless the Defendants are restrained, Defendants will continue to violate their exclusivity obligations throughout the exclusivity period, which will directly and proximately cause Plaintiffs to experience imminent and irreparable harm to their businesses for which there is no adequate remedy at law, including for incalculable damage to its confidential marketing and training information, goodwill, business reputation, and customer relationships.

The Court further finds that under the circumstances, the balance of equities between Plaintiffs and Defendants favors the issuance of immediate injunctive relief as it protects Plaintiffs' contractual rights, confidential information, goodwill, business reputation, and customer relationships. ~~The Court finds that any harm to Defendants is minimal because Defendants lack the contractual right to continue electricity sales in Texas and because Defendants have multiple lines of non-electricity businesses that will allow them to continue operating despite this order.~~ For all these reasons, a temporary injunction is necessary to preserve the status quo between the parties pending a trial on the merits.

**IT IS THEREFORE ORDERED** that:

1. 7PG and EPD shall not promote, offer or sell any energy product or service for any retail electric provider, including but not limited to Just Energy, Amigo Energy, or Champion Energy. The Court finds that 7PG has marketed for Plaintiffs in the following Texas counties, and the geographic scope of this prohibition is therefore limited to activities that occur in or are directed to consumers residing in any of these Texas counties: Anderson; Andrews; Angelina; Aransas; Archer; Atascosa; Austin; Bastrop; Bee; Bell;

Blanco; Bosque; Brazoria; Brewster; Brooks; Brown; Calhoun; Callahan; Cameron; Cherokee; Clay; Coke; Coleman; Collin; Colorado; Comanche; Concho; Cooke; Coryell; Crane; Crockett; Dallas; Dawson; De Witt; Delta; Denton; Dimmit; Duval; Eastland; Ector; Edwards; Ellis; Erath; Falls; Fannin; Foard; Fort Bend; Freestone; Frio; Galveston; Goliad; Grayson; Hamilton; Hardeman; Harris; Haskell; Hays; Henderson; Hidalgo; Hill; Hood; Hopkins; Houston; Howard; Hunt; Jack; Jackson; Jeff Davis; Jefferson; Jim Hogg; Jim Wells; Johnson; Jones; Karnes; Kaufman; Kimble; Kinney; Kleberg; Knox; La Salle; Lamar; Leon; Liberty; Limestone; Live Oak; Lynn; Martin; Matagorda; Maverick; McCulloch; McLennan; Medina; Menard; Midland; Milam; Mills; Mitchell; Montague; Montgomery; Nacogdoches; Navarro; Nolan; Nueces; Palo Pinto; Parker; Pecos; Presidio; Rains; Real; Red River; Reeves; Refugio; Rockwall; Runnels; Rusk; San Patricio; Schleicher; Scurry; Shackelford; Smith; Starr; Stephens; Sutton; Tarrant; Taylor; Terrell; Tom Green; Travis; Upton; Uvalde; Val Verde; Van Zandt; Victoria; Waller; Ward; Webb; Wharton; Wichita; Wilbarger; Willacy; Williamson; Winkler; Wise; Wood; Young; Zapata; Zavala.

2. 7PG's shareholders, partners, officers, directors, employees, advisors, and agents shall not promote, offer or sell in the state of Texas any energy product or service for any retail electric provider, including but not limited to Just Energy, Amigo Energy, or Champion Energy. Individuals bound by this paragraph include Marco A. Romero III, Alvin Y. Romero, Gerardo Espronceda, Enrique A. Jimenez, Jose Rios, Manuel Torres, and those persons in active concert or participation with any of them. The Court finds that 7PG has marketed for Plaintiffs in the following Texas counties, and the geographic scope of this prohibition is therefore limited to activities that occur in or are directed to consumers residing in any of these Texas counties: Anderson; Andrews; Angelina; Aransas; Archer; Atascosa; Austin; Bastrop; Bee; Bell; Blanco; Bosque; Brazoria; Brewster; Brooks; Brown; Calhoun; Callahan; Cameron; Cherokee; Clay; Coke; Coleman; Collin; Colorado; Comanche; Concho; Cooke; Coryell; Crane; Crockett; Dallas; Dawson; De Witt; Delta; Denton; Dimmit; Duval; Eastland; Ector; Edwards; Ellis; Erath; Falls; Fannin; Foard; Fort Bend; Freestone; Frio; Galveston; Goliad; Grayson; Hamilton; Hardeman; Harris; Haskell; Hays; Henderson; Hidalgo; Hill; Hood; Hopkins; Houston; Howard; Hunt; Jack; Jackson; Jeff Davis; Jefferson; Jim Hogg; Jim Wells; Johnson; Jones; Karnes; Kaufman; Kimble; Kinney; Kleberg; Knox; La Salle; Lamar; Leon; Liberty; Limestone; Live Oak; Lynn; Martin; Matagorda; Maverick; McCulloch; McLennan; Medina; Menard; Midland; Milam; Mills; Mitchell; Montague; Montgomery; Nacogdoches; Navarro; Nolan; Nueces; Palo Pinto; Parker; Pecos; Presidio; Rains; Real; Red River; Reeves; Refugio; Rockwall; Runnels; Rusk; San Patricio; Schleicher; Scurry; Shackelford; Smith; Starr; Stephens; Sutton; Tarrant; Taylor; Terrell; Tom Green; Travis; Upton; Uvalde; Val Verde; Van Zandt; Victoria; Waller; Ward; Webb; Wharton; Wichita; Wilbarger; Willacy; Williamson; Winkler; Wise; Wood; Young; Zapata; Zavala.

3. For clarity, one meaning of the above orders is that 7PG, EPD—and any other entities owned or controlled in whole or in part by Marco A. Romero III, Alvin Y. Romero, Gerardo Espronceda, Enrique A. Jimenez, Jose Rios, or Manuel Torres (the "Controlling Agents")—shall not promote, offer or sell (in the Texas counties listed above) any energy product or service for any retail electric provider, including but not limited to Just

Energy, Amigo Energy, or Champion Energy. This means that 7PG, EPD, and the Controlling Agents are prohibited from establishing, helping others to establish, providing funding for, providing office space for, providing staff or contractors for, providing banking or accounting services for, or in any way assisting any other person or entity in promoting, offering or selling any energy product or service for any retail electric provider in the Texas counties listed above.

4. Defendants are prohibited from accessing, using, or disclosing any acquired data and information, including prospect and customer lists and information, heretofore or hereafter used or developed by or for any or all of Plaintiffs. For example, Defendants shall not use, turn on, extract information from, or in any way alter the electronic tablets or computers that Plaintiffs provided to Defendants.

5. No later than May 9, 2018, Defendants shall return to Plaintiffs all of the following items that Plaintiffs provided to Defendants: All electronic tablets, laptop computers, chargers, and cases, keys to offices in Houston and Waco, customer lists, welcome kits and training materials, sales binders, tents, the "Super Earth" promotional item from Green Mountain, and any of the following that are branded with Green Mountain, Reliant, or Cirro markings: shirts, hats, table cloths, backpacks, beanies, winter jackets, lanyards, agent badges, posters, banners, or retail backdrops.

THE COURT FINDS $100,000 TO BE A SUFFICIENT BOND FOR ISSUANCE OF THE T.I. BOND ~~Plaintiffs previously posted a $1,000 bond, which the Court finds is sufficient in this case~~ and ~~therefore approves such bond according to the law~~. Therefore, IT IS FURTHER ORDERED that UPON POSTING BOND the clerk of the above-entitled Court shall forthwith issue an injunction in conformity with the law and terms of this Order.

[continued]

IT IS FURTHER ORDERED that Plaintiff's Application for Permanent Injunction will be heard during the trial of this matter, which is set for 8 Oct 18.

This Agreed Temporary Injunction is effective immediately and shall remain in force until further Order of this Court.

SIGNED this day at 4:30 ~~a.m.~~/p.m. on 7 May, 2018.

MAY - 7 2018

HON. WESLEY WARD
234th District Court

(20) CONNECTION(S) FOUND.

CASE NUM: 201827026 PJN: TRANS NUM: CURRENT COURT: 234 PUB: Please Select

CASE TYPE: DEBT/CONTRACT - FRAUD/MISREPRESENTAT CASE STATUS: READY DOCKET

STYLE: GREEN MOUNTAIN ENERGY COMPANY VS 7 POINT GROUP LLC

**** ACTIVE PARTIES ****

| | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC ATTY |
|---|---|---|---|---|---|---|---|
| ☐ | | 00020 - 0001 | AGT | | LOCATION WHERE NOTICED FOR MEETINGS OF C | | |
| ☐ | | 00019 - 0001 | DEF | | ROMERO, ALVIN Y | | |
| ☐ | | 00018 - 0001 | AGT | | 7 POINT GROUP LLC (A TEXAS LIMITED LIABILITY ( | | |
| ☐ | | 00017 - 0001 | DEF | | ESPRONCEDA, GERARDO | | |
| ☐ | | 00016 - 0001 | DEF | | ROMERO, MARCO A III | | |
| ☐ | | 00015 - 0001 | DEF | | CHAPA, BLANCA | | |
| ☐ | | 00014 - 0001 | DEF | | TORRES, MANUEL | | |
| ☐ | | 00013 - 0001 | DEF | | JIMENEZ, ENRIQUE A | | |
| ☐ | | 00012 - 0001 | DEF | | RIOS, JOSE | | |
| ☐ | | 00011 - 0001 | AGT | | E P DISTRIBUTORS INC ( A TEXAS CORPORATION | | |
| ☐ | | 00010 - 0001 | AGT | | 7 POINT GROUP LLC BY SERVING ITS REGISTERE | | |
| ☐ | | 00009 - 0001 | DEF | 00791852 | E P DISTRIBUTORS INC | | VETHAN, CHARLES MARCELLUS |
| ☐ | | 00008 - 0001 | PLT | 24037482 | EVERYTHING ENERGY LLC | | SHELBY, TIMOTHY CONWAY |
| ☐ | | 00007 - 0001 | PLT | 24037482 | PENNYWISE POWER | | SHELBY, TIMOTHY CONWAY |
| ☐ | | 00006 - 0001 | PLT | 24037482 | CIRRO ENERGY | | SHELBY, TIMOTHY CONWAY |
| ☐ | | 00005 - 0001 | PLT | 24037482 | COMPASSION ENERGY | | SHELBY, TIMOTHY CONWAY |
| ☐ | | 00004 - 0001 | PLT | 24037482 | US RETAILERS LLC (D/B/A COMPASSION ENERGY | | SHELBY, TIMOTHY CONWAY |
| ☐ | | 00003 - 0001 | PLT | 24037482 | RELIANT ENERGY RETAIL SERVICES LLC | | SHELBY, TIMOTHY CONWAY |
| ☐ | | 00002 - 0001 | DEF | 00791852 | 7 POINT GROUP LLC | | VETHAN, CHARLES MARCELLUS |
| ☐ | | 00001 - 0001 | PLT | 24037482 | GREEN MOUNTAIN ENERGY COMPANY | | SHELBY, TIMOTHY CONWAY |